[No. 4651–1.  Division One.  August 29, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. EVAN MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 8693, Marshall Forrest, J., entered March 26, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4717–1.  Division One.  August 29, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERTO VELARDE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 72264, Howard J. Thompson, J., entered April 20, 1976. *Reversed* by unpublished opinion per Williams, J., concurred in by Callow and Andersen, JJ.

[No. 4867–1.  Division One.  August 29, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIK JOSEPH HERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76109, Frank D. Howard, J., entered June 17, 1976. *Affirmed* by unpublished per curiam opinion.